

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2016

No. 04-16-00506-CV

**IN THE INTEREST OF P.P.G., A CHILD**,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 1997-CI-06180
Honorable Larry Noll, Judge Presiding

## O R D E R

On April 27, 2016, the trial court signed an order fining appellant JPMorgan Chase Bank, N.A., (JPMC) for failure to comply with a child support lien against an obligor with an account at JPMC. Appellant timely filed a motion for new trial. A notice of appeal was due on July 26, 2016, and a motion for extension of time to file a notice of appeal was due on August 10, 2016. *See* TEX. R. APP. P. 26.1, 26.3.

On August 3, 2016, after the deadline to file the notice of appeal, Appellant filed a notice of appeal. *See generally Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) ("[A] motion for extension of time is necessarily implied when an appellant acting in good faith files a [notice of appeal] beyond the time allowed by Rule [26.1], but *within* the fifteen-day period in which the appellant would be entitled to move to extend the filing deadline under Rule [26.3]." (emphasis added)).

We ORDER Appellant to SHOW CAUSE in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 10.5(b) (requirements for a motion for extension of time); *Garcia v. Kastner Farms, Inc.*, 774 S.W.2d 668, 670 (Tex. 1989) (reasonable explanation); TEX. R. APP. P. 42.3(a) (dismissal for want of jurisdiction). If Appellant fails to respond within the time provided, this appeal will be dismissed. *See id.* R. 42.3(c) (dismissal for failure to comply with court order).

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2016.



Keith E. Hottle
Clerk of Court

